# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| KIMARA WALLACE, CASSIE EDMONSON, CHANDREA ALEXANDER, and ANDREW MARTIN,<br><br>*Plaintiffs*,<br><br>v.<br><br>RING US WIRELESS, LLC, ROBERT BOND, and LORIE SJODIN,<br><br>*Defendant*. | Case No. 2:17-cv-00326-JRG-RSP |

## JUDGMENT

Before the Court is the Report and Recommendation of Magistrate Judge Payne dated August 22, 2019 (Dkt. No. 6), which recommends that this case be dismissed for failure to prosecute. Since no objections have been filed and because the Court agrees with the reasoning provided within the Report, the Recommendation is **ADOPTED**.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' complaint against Defendants is **DISMISSED** for failure to prosecute.

**So ORDERED and SIGNED this 9th day of October, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE